**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

| | | |
|---|---|---|
| In re: KENT RYLEE AUTOMOTIVE SOLUTIONS, INC.. | § § § § | Case No. 5:18-72068 |
| Debtor(s) | | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

  Bianca Rucker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $0.00 | Assets Exempt: | $0.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $4,582.31 | Claims Discharged Without Payment: | $453,004.93 |
| Total Expenses of Administration: | $3,237.69 | | |

  3) Total gross receipts of $7,820.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $7,820.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $12,750.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $3,237.69 | $3,237.69 | $3,237.69 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $80,710.00 | $80,710.00 | $4,582.31 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $0.00 | $453,004.93 | $453,004.93 | $0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $549,702.62 | $536,952.62 | $7,820.00 |

4) This case was originally filed under chapter 7 on 08/01/2018. The case was pending for 24 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:   08/04/2020           By: /s/ Bianca Rucker
                                  Trustee , Bar No.: 20006310

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| ACCOUNTS RECEIVABLE | 1121-000 | $520.00 |
| 2010 Ford Ranger | 1129-000 | $1,100.00 |
| Nissan XTerra | 1229-000 | $2,700.00 |
| Real Property - Parcel no. 16-01712-000 on Logan Ln., Bella Vista, Arkansas | 1210-000 | $1,000.00 |
| Hydraulic Hose and fittings | 1129-000 | $2,500.00 |
| TOTAL GROSS RECEIPTS | | $7,820.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2S | IRS/Dept. of the Treasury | 4300-000 | NA | $12,750.00 | $0.00 | $0.00 |
| | TOTAL SECURED | | $0.00 | $12,750.00 | $0.00 | $0.00 |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Bianca Rucker | 2100-000 | NA | $1,532.00 | $1,532.00 | $1,532.00 |
| Trustee, Expenses - Bianca Rucker | 2200-000 | NA | $422.35 | $422.35 | $422.35 |
| Attorney for Trustee Fees - Rucker Law PLLC | 3110-000 | NA | $1,193.50 | $1,193.50 | $1,193.50 |
| Attorney for Trustee, Expenses - Rucker Law PLLC | 3120-000 | NA | $83.60 | $83.60 | $83.60 |
| Banking and Technology Service Fee - Metropolitan Commercial Bank | 2600-000 | NA | $6.24 | $6.24 | $6.24 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $3,237.69 | $3,237.69 | $3,237.69 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | IRS/Dept. of the Treasury | 5800-000 | NA | $75,425.37 | $75,425.37 | $4,282.28 |
| 5 | Benton County Tax Collector | 5800-000 | NA | $5,284.63 | $5,284.63 | $300.03 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | $0.00 | $80,710.00 | $80,710.00 | $4,582.31 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | George Nunnally Chevrolet | 7100-000 | NA | $600.00 | $600.00 | $0.00 |
| 2U | IRS/Dept. of the Treasury | 7100-000 | NA | $43,459.63 | $43,459.63 | $0.00 |
| 3 | American Express National Bank c/o Becket and Lee LLP | 7100-000 | NA | $27,042.80 | $27,042.80 | $0.00 |
| 4 | Brently Bone Heir of the Estate of Darrell Bone Vernetti Law Group | 7100-000 | NA | $381,902.50 | $381,902.50 | $0.00 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$0.00** | **$453,004.93** | **$453,004.93** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

**Case No.:** 5:18-72068
**Case Name:** KENT RYLEE AUTOMOTIVE SOLUTIONS, INC..
**For Period Ending:** 08/04/2020

**Trustee Name:** (250020) Bianca Rucker
**Date Filed (f) or Converted (c):** 08/01/2018 (f)
**§ 341(a) Meeting Date:** 09/10/2018
**Claims Bar Date:** 02/08/2019

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Hydraulic Hose and fittings<br>Motion to compromise at Dkt. No. 43 and Order at Dkt. No. 50. | 1,000.00 | 4,000.00 | | 2,500.00 | FA |
| 2 | Real Property - Parcel no. 16-01712-000 on Logan Ln., Bella Vista, Arkansas (u)<br>Motion to Sell DN 39<br>Order Granting Motion to Sell DN 46<br>Report of Sale DN 63<br>App for Order Confirming Sale DN 64<br>Order Confirming Sale DN 65 | 3,000.00 | 3,000.00 | | 1,000.00 | FA |
| 3 | ACCOUNTS RECEIVABLE<br>Trustee's accountant worked to collect.  Only receivable collected was from Vicki Waldron.  Not worth it to continue to pursue others. | 8,000.00 | 8,000.00 | | 520.00 | FA |
| 4 | 2010 Ford Ranger<br>Motion at Dkt. no. 51 and Order at Dkt. no. 59. | 750.00 | 1,100.00 | | 1,100.00 | FA |
| 5 | Nissan XTerra (u)<br>Motion to sell dkt. No. 51 and Order at Dkt. No. 59. | 2,700.00 | 2,700.00 | | 2,700.00 | FA |
| 6 | 2004 Chevrolet Van with no seats<br>Debtor transferred to UA Razorback Foundation prior to filing; sent email demand to UA for $500. | Unknown | 500.00 | | 0.00 | FA |
| 7 | Funds related to parcels of land (u)<br>On 8/31, Urban Assets Recovery contacted trustee re funds related to 3 parcels of land:<br><br>Parcel number:02-01978-000<br>address: 2008 S 8th St Rogers AR<br>fund amount:$51,375.35<br><br>Parcel number: 02-01979-000<br>address: Dyke RD Rogers AR<br>funds amount:$3,399.45<br><br>Parcel number:02-01979-001<br>address: 8TH ST ROGERS AR<br>funds amount:$29,327.02<br><br>Trustee investigated.  Property of separate entity Karr Properties, LLC , not the debtor. | 0.00 | 84,101.82 | | 0.00 | FA |
| 7 | **Assets Totals (Excluding unknown values)** | **$15,450.00** | **$103,401.82** | | **$7,820.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** 03/10/2020     **Current Projected Date Of Final Report (TFR):** 04/06/2020 (Actual)

08/04/2020
Date

/s/Bianca Rucker
Bianca Rucker

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| Case No.: | 5:18-72068 | Trustee Name: | Bianca Rucker (250020) |
|---|---|---|---|
| Case Name: | KENT RYLEE AUTOMOTIVE SOLUTIONS, INC.. | Bank Name: | Mechanics Bank |
| | | Account #: | ******2100 Checking |
| Taxpayer ID #: | **-***7613 | Blanket Bond (per case limit): | $1,994,800.00 |
| For Period Ending: | 08/04/2020 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/26/18 | {1} | Kent and Amy Rylee | hydraulic hose - sold post-petition by debtor - trustee demanded proceeds | 1129-000 | 1,000.00 | | 1,000.00 |
| 01/31/19 | {1} | Kent Rylee and Amy Rylee | Motion to Compromise DN 43 Order Granting Motion to Compromise DN | 1129-000 | 1,500.00 | | 2,500.00 |
| 02/04/19 | {2} | Coulter Mountain LLC Erick Danielson | Motion to Sell DN 39 Order Granting Motion to Sell DN 46 Report of Sale DN 63 App for Order Confirming Sale DN 64 Order Confirming Sale DN 65 | 1210-000 | 1,000.00 | | 3,500.00 |
| 02/27/19 | {3} | Vicki Waldon | accounts receivable - Vicki Waldon's regular payments pursuant to pre-petition agreement with debtor | 1121-000 | 40.00 | | 3,540.00 |
| 03/13/19 | | Dellinger Automotive | Scheduled at 47.2 Ford Ranger $1,100 - Unscheduled Nissan Xterra $2,700 | | 3,800.00 | | 7,340.00 |
| | {4} | | non-exempt equity - sale to Dellinger Automotive $1,100.00 | 1129-000 | | | |
| | {5} | | non-exempt equity - sale to Dellinger Automotive $2,700.00 | 1229-000 | | | |
| 04/01/19 | {3} | Vicki J Waldon | Asset #3 - Accounts Receivable Vicki Waldon | 1121-000 | 40.00 | | 7,380.00 |
| 04/10/19 | | Transfer Debit to Metropolitan Commercial Bank acct ******4386 | Transition Debit to Metropolitan Commercial Bank acct XXXXXX4386 | 9999-000 | | 7,380.00 | 0.00 |
| | | **COLUMN TOTALS** | | | 7,380.00 | 7,380.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 7,380.00 | |
| | | **Subtotal** | | | 7,380.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$7,380.00** | **$0.00** | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| Case No.: | 5:18-72068 | Trustee Name: | Bianca Rucker (250020) |
|---|---|---|---|
| Case Name: | KENT RYLEE AUTOMOTIVE SOLUTIONS, INC.. | Bank Name: | Metropolitan Commercial Bank |
|  |  | Account #: | ******4386 Checking Account |
| Taxpayer ID #: | **-***7613 | Blanket Bond (per case limit): | $1,994,800.00 |
| For Period Ending: | 08/04/2020 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/10/19 | | Transfer Credit from Rabobank, N.A. acct ******2100 | Transition Credit from Rabobank, N.A. acct XXXXXX2100 | 9999-000 | 7,380.00 | | 7,380.00 |
| 05/02/19 | {3} | Vicki J. Waldon | Asset #3 - Accounts Receivable Vicki Waldon | 1121-000 | 40.00 | | 7,420.00 |
| 06/03/19 | {3} | Vicki J. Waldon | Asset #3 - Accounts Receivable Vicki Waldon | 1121-000 | 40.00 | | 7,460.00 |
| 07/03/19 | {3} | Vicki J. Waldon | Asset #3 - Accounts Receivable Vicki Waldon | 1121-000 | 40.00 | | 7,500.00 |
| 08/14/19 | {3} | Vicki Waldron | Asset #3 - Accounts Receivable Vicki Waldon | 1121-000 | 40.00 | | 7,540.00 |
| 09/05/19 | {3} | Vicki J. Waldon | Asset #3 - Accounts Receivable Vicki Waldon | 1121-000 | 40.00 | | 7,580.00 |
| 10/07/19 | {3} | Vicki J. Waldon | Asset #3 - Accounts Receivable Vicki Waldon | 1121-000 | 40.00 | | 7,620.00 |
| 11/12/19 | {3} | Vicki J. Waldon | Asset #3 - Accounts Receivable Vicki Waldon | 1121-000 | 40.00 | | 7,660.00 |
| 12/10/19 | {3} | Vicki J. Waldon | Asset #3 - Accounts Receivable Vicki Waldon | 1121-000 | 40.00 | | 7,700.00 |
| 01/09/20 | {3} | Vicki J. Waldon | Asset #3 - Accounts Receivable Vicki Waldon | 1121-000 | 40.00 | | 7,740.00 |
| 02/03/20 | {3} | Vicki J. Waldon | Asset #3 - Accounts Receivable Vicki Waldon | 1121-000 | 40.00 | | 7,780.00 |
| 03/03/20 | {3} | Vicki J. Waldon | Asset #3 - Accounts Receivable Vicki Waldon | 1121-000 | 40.00 | | 7,820.00 |
| 03/31/20 | 1000 | Rucker Law PLLC | 3/6/20 Application (Doc. #69); 3/31/20 Order (Doc. #69) | 3110-000 | | 1,193.50 | 6,626.50 |
| 03/31/20 | 1001 | Rucker Law PLLC | 3/6/20 Application (Doc. #69); 3/31/20 Order (Doc. #69) | 3120-000 | | 83.60 | 6,542.90 |
| 03/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 6.24 | 6,536.66 |
| 05/05/20 | 1002 | Bianca Rucker | Distribution payment - Dividend paid at 100.00% of $1,532.00; Claim # FEE; Filed: $1,532.00 | 2100-000 | | 1,532.00 | 5,004.66 |
| 05/05/20 | 1003 | Bianca Rucker | Distribution payment - Dividend paid at 100.00% of $422.35; Claim # TE; Filed: $422.35 | 2200-000 | | 422.35 | 4,582.31 |
| 05/05/20 | 1004 | IRS/Dept. of the Treasury | Distribution payment - Dividend paid at 5.68% of $75,425.37; Claim # 2P; Filed: $75,425.37 | 5800-000 | | 4,282.28 | 300.03 |
| 05/05/20 | 1005 | Benton County Tax Collector | Distribution payment - Dividend paid at 5.68% of $5,284.63; Claim # 5; Filed: $5,284.63 | 5800-000 | | 300.03 | 0.00 |
| | | **COLUMN TOTALS** | | | **7,820.00** | **7,820.00** | **$0.00** |
| | | Less: Bank Transfers/CDs | | | 7,380.00 | 0.00 | |
| | | **Subtotal** | | | **440.00** | **7,820.00** | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$440.00** | **$7,820.00** | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

**Form 2**

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 3

| | |
|---|---|
| **Case No.:** 5:18-72068 | **Trustee Name:** Bianca Rucker (250020) |
| **Case Name:** KENT RYLEE AUTOMOTIVE SOLUTIONS, INC.. | **Bank Name:** Metropolitan Commercial Bank |
| **Taxpayer ID #:** **-***7613 | **Account #:** ******4386 Checking Account |
| **For Period Ending:** 08/04/2020 | **Blanket Bond (per case limit):** $1,994,800.00 |
| | **Separate Bond (if applicable):** N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******2100 Checking | $7,380.00 | $0.00 | $0.00 |
| ******4386 Checking Account | $440.00 | $7,820.00 | $0.00 |
| | **$7,820.00** | **$7,820.00** | **$0.00** |

| | |
|---|---|
| 08/04/2020 | /s/Bianca Rucker |
| Date | Bianca Rucker |

UST Form 101-7-TDR (10 /1/2010)